UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MICHAEL ROUNDTREE,

        Plaintiff,

vs.

                                            Civil Action No.:
                                            1:19-CV-07347-LTS-SDA

ANDREW M. SAUL,
COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/14/2020

## **ORDER**

      AND, NOW, this __14__ day of January, 2020, upon consideration of Plaintiff's Motion

for an extension of time to file his motion for judgment on the pleadings,

      IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED.  Plaintiff's motion is

due March 10, 2020.  Defendant's motion and brief is due April 9, 2020.  Plaintiff's reply, if any,

is due April 30, 2020.


Entered: January 14, 2020             _____
                                          U.S.M.J.