**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X

MICHAEL ROUNDTREE,

                Plaintiff,                              19 **CIVIL** 7347 (LTS)(SDA)

      -against-                                                            **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 8, 2021, the Court has reviewed carefully Magistrate Judge Aaron's thorough and well-reasoned Report and Recommendation and finds no clear error. The Report is adopted in its entirety. Accordingly, Plaintiff's motion for judgment on the pleadings is granted and Defendant's cross-motion for judgment on the pleadings is denied. The matter is remanded to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

**Dated:** New York, New York
          February 8, 2021

                                                **RUBY J. KRAJICK**

                                                **Clerk of Court**

                        **BY:**      *K. Mango*

                                                **Deputy Clerk**